```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

SHAWN P. DURBIN and DANA L. DURBIN,
his wife,

    Plaintiffs,

v.                                  Civil Action No. 5:07CV115
                                                     (STAMP)
UNITED STATES CAN CORPORATION,
a corporation,
FRALEY & SCHILLING, INC.,
a corporation, and
DORSEY THOMAS, an individual,

    Defendants.

### ORDER GRANTING THE PARTIES' "AGREED STIPULATION TO EXTEND INITIAL DISCLOSURES AND SCHEDULING ORDER"

On November 12, 2007, the parties filed a joint motion, styled "Agreed Stipulation to Extend Initial Disclosures and Scheduling Order," requesting an extension of time until November 26, 2007 for making initial disclosures under Federal Rule of Civil Procedure 26(a), and an extension of time until December 6, 2007 for filing the parties' meeting report and discovery plan with this Court under Federal Rule of Civil Procedure 26(f).

For good cause shown, the parties' motion is hereby GRANTED. The parties shall file their initial disclosures on or before **November 26, 2007.** The parties shall file their report of parties' planning meeting on or before **December 6, 2007**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: November 14, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE